IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. 4:19-cr-00264-SDJ |
| | § § | |
| BEN WESTIN | § | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JACK WILSON, on behalf of BEN WESTIN, Defendant, and enters his appearance as Counsel for Defendant, and in support thereof would show the Court the following:

I.

Defendant has retained JACK WILSON, Attorney at Law, 3300 Oak Lawn, Suite 600, Dallas, Texas 75219, to represent him.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully requests that this Court enter an order naming JACK WILSON, as attorney of record.

Respectfully submitted,

*/s/ Jack Wilson*

JACK WILSON
State Bar No. 24000142
3300 Oak Lawn, Ste. 600
Dallas, Texas 75219
(214) 520-7778
Fax: (214) 528-6601
jswilson@msn.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Entry of Appearance of Counsel was delivered to the Assistant United States Attorney, via electronic filing on this the 30th day of October, 2019.

*/s/ Jack Wilson*

_____
JACK WILSON