DATE    10/31/19                          CASE NUMBER   4:19-cr-264    SDJ/KPJ
LOCATION  Plano                           USA           Jay Combs                    Assigned
JUDGE   Kimberly C. Priest Johnson         V            Jay Combs                    Appeared
DEPUTY CLERK   Toya McEwen
COURT REPORTER  Digital Recording                       Gary Collin Bussell       (1)
INTERPRETER:                                            Ben Westin                (2)
USPO: J. Jorman + Loreni Dudley                         Scott Perras              (3)
BEGIN:  11:21 am                                        Frank Eric Dockery        (4)

                                          Defendants

                                                                                   (1)
                                          John Wilson, Ret                         (2) appeared
                                                                                   (3)
                                                                                   (4)

                                          Attorneys

☑  INITIAL APPEARANCE
☐  ARRAIGNMENT as to _____
☐  DETENTION HEARING as to _____

☑  Hearing Held   ☐  Hearing Called   ☑  Defendants Sworn    ☐  Interpreter required
☑  Dft # 1  appears:  ☐ with  ☑ without counsel    appearing on Indictment
☑  Dft # 2  appears:  ☑ with  ☐ without counsel    appearing on Indictment
☑  Dft # 3  appears:  ☐ with  ☑ without counsel    appearing on Indictment
☑  Dft # 4  appears:  ☐ with  ☑ without counsel    appearing on Indictment

☑  Defendants  1, 2, 3, + 4  are the individuals named in the Indictment.
☐  Defendant ____ is not the person as named in the Indictment, _____ name given.
☑  Date of Arrest   All on 10/30/19

    Defendants _____
    ☑ advised of right to counsel      ☑ received copy of indictment     ☑ waived reading of indictment
    ☑ advised of charges               ☑ advised of maximum penalties

☑  DFT # 1 advises the Court that he/she ☑ has counsel who is  Daly Haffar  or, will hire counsel.
☐  If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐  DFT # 1 Requests appointed counsel, is sworn & examined re: financial status.
☐  Financial affidavit executed by dft. The court finds the defendant ☐ able  ☐ unable to employ counsel.
☐  _____ appointed    ☐ U.S. Pub Defender _____ appointed

☑  DFT # 2 advises the Court that he/she ☑ has counsel who is  John Wilson  or, ☑ will hire counsel.
☐  If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐  DFT # 2 Requests appointed counsel, is sworn & examined re: financial status.
☐  Financial affidavit executed by dft. The court finds the defendant ☐ able  ☐ unable to employ counsel.
☐  _____ appointed    ☐ U.S. Pub Defender _____ appointed

CRIM 92-116            ☐  See reverse/attached for additional proceedings      11:33 Adjourn
                                                                                am

| ☐ | **DFT # 3** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel. |
| --- | --- |
| ☐ | If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed. |
| ☑ | **DFT # 3** Requests appointed counsel, is sworn & examined re: financial status. |
| ☑ | Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel. |
| ☐ | _____ appointed ☑ . U.S. Pub Defender ___To be___ appointed |

| ☐ | **DFT # 4** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel. |
| --- | --- |
| ☐ | If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed. |
| ☑ | **DFT # 4** Requests appointed counsel, is sworn & examined re: financial status. |
| ☑ | Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel. |
| ☑ | ___CJA To be___ appointed ☐ . U.S. Pub Defender _____ appointed |

| ☑ | ORAL Motion for detention by USA ☑ ORAL Motion for continuance by USA ☑ Oral Order granting ☐ Oral Order denying |
| --- | --- |
| ☐ | Defendants _____ ORAL motion to continue detention hearing ☐ Oral Order granting ☐ Oral Order denying |
| ☑ | Detention Hrg set _Mon 11/4/19 @ 9:30 am_ ) before Judge Nowak in Sherman, TX. |
| ☑ | Arraignment set _Mon 11/4/19 @ 9:30 am_ ) on Dfts 1, 2, 3 + 4. |
| ☐ | Order setting conditions of release _____ |
| ☐ | Defendant _____ signed Waiver of Detention Hearing and remanded to custody of U.S. Marshal. |
| ☐ | Order of Detention |
| ☑ | Defendants ___1, 2, 3 + 4___ remanded to custody of U.S. Marshal. |

## ARRAIGNMENT

| ☐ | Arraignment held . | ☐ | Arraignment called. | ☐ | Arraignment reset: _____ |
| --- | --- | --- | --- | --- | --- |

☐ Dft # 1 ☐ sworn
   ☐ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
   ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

☐ Dft # 3 ☐ sworn
   ☐ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
   ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

☐ Dft # 4 ☐ sworn
   ☐ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
   ☐ waived reading of charges

**CRIM 92-116**          ☐ See reverse/attached for additional proceedings          _____ Adjourn